**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

**CASE NO. 0:21-CV-60784-WPD**

MARIANA CARDOSO, *individually and on behalf of all others similarly situated*,

    Plaintiff,

vs.

Whirlpool CORPORATION,

    Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

**DEFENDANT'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

Defendant Whirlpool Corporation ("Whirlpool") submits this Notice of Supplemental Authority to bring to the Court's attention the following decisions:

- *Goldstein v. Costco Wholesale Corp.,* No. 21-CV-80601-RAR, 2021 U.S. Dist. LEXIS 170815 (S.D. Fla. Sep. 9, 2021). The court dismissed with prejudice the plaintiff's FSCA claim based on the use of session replay on a commercial website. In examining the browsing activities alleged in the plaintiff's complaint—"his movements on the website . . . and information voluntarily input"—the court found that "Defendant's recordings of Plaintiff's purported communications contained no substance. No substance means no contents, no contents means no interception, and no interception means no FSCA violation." *Id.* at *6, *9.

- *Goldstein v. Luxottica of Am.,* No. 21-80546-CIV-CAN, 2021 U.S. Dist. LEXIS 170809 (S.D. Fla. Sep. 8, 2021). The court, having conducted a *de novo* review of Judge Reinhart's Report and Recommendation (R&R), adopted the Report and dismissed with prejudice the plaintiff's FSCA claim based on the use of session replay on a commercial website. *Id.* at *2.

Whirlpool also notes that nearly every case filed by Plaintiff's counsel alleging that use of session replay on a commercial website violates the FSCA has been voluntarily dismissed on or about the same time as the foregoing decisions:

- *Barnes v. EAN Services, LLC*, No. 1:21-cv-22338-KMW (S.D. Fla., voluntarily dismissed Sept. 9, 2021).

- *Barnett v. Euromarket Designs, Inc.*, No. 2021-08898-CA-01 (Fla. 11th Cir. Ct., voluntarily dismissed Sept. 14, 2021).

- *Barnett v. Athleta, LLC,* No. 3:21-cv-00587-MMH-MCR (M.D. Fla., voluntarily dismissed Sept. 9, 2021).

- *Duran-Valero v. Coty DTC Holdings, LLC*, No. 1:21-cv-22618-MGC (S.D. Fla., voluntarily dismissed Sept. 1, 2021).

- *Duran-Valero v. Coty DTC Holdings, LLC,* No. 1:21-cv-22624-JEM (S.D. Fla., voluntarily dismissed Sept. 9, 2021).

- *Goldstein v. Fandango Media LLC*, No. 9:21-cv-80466-RAR (S.D. Fla., voluntarily dismissed Sept. 9, 2021).

- *Harris v. Edward D. Jones and Co.,* No. 3:21-cv-00330-BJD-JBT (M.D. Fla., voluntarily dismissed Sept. 9, 2021).

- *Harris v. Euromarket Designs, Inc.,* No. 16-2021-CA-000907 (Fla. 4th Cir. Ct., voluntarily dismissed Sept. 14, 2021).

- *Holden v. Fossil Group, Inc.*, No. 3:21-cv-00300-TJC-JBT (M.D. Fla., voluntarily dismissed Sept. 9, 2021).

- *Holden v. Old Navy, LLC*, No. 3:21-cv-00270-BJD-PBD (M.D. Fla., voluntarily dismissed Sept. 9, 2021).

- *Holden v. NortonLifelock Inc.,* No. 3:21-cv-00279-BJD-JRK (M.D. Fla., voluntarily dismissed Sept. 9, 2021).

- *Holden v. Banana Republic, LLC,* No. 3:21-cv-00268-BJD-JRK (M.D. Fla., voluntarily dismissed Sept. 9, 2021).

- *Jacome v. Spirit Airlines, Inc.,* No. 2021-000947-CA-01 (Fla. 11th Cir. Ct., voluntarily dismissed Sept. 9, 2021).

- *Leace v. General Motors, LLC.*, No. 0:21-cv-60721-RAR (S.D. Fla., voluntarily dismissed Sept. 9, 2021).

- *Liberto v. The GAP Inc.,* No. 3:21-cv-00436-MMH-JBT (M.D. Fla., voluntarily dismissed Sept. 9, 2021).

- *Liberto v. Dillard's, Inc.,* No. 3:21-cv-00517-MCR-EMT (N.D. Fla., voluntarily dismissed Sept. 9, 2021).

- *Makkinje v. AthenaHealth, Inc.,* No. 8:21-cv-00861-MSS-TGW (M.D. Fla., voluntarily dismissed Sept. 9, 2021).

- *Makkinje v. Market America, Inc.,* No. 8:21-cv-01929-TPB-CPT (M.D. Fla., voluntarily dismissed Sept. 14, 2021).

- *Zarnesky v. Adidas America Inc.,* No. 6:21-cv-00540-GAP-GJK (M.D. Fla., voluntarily dismissed Sept. 9, 2021).

The decisions and voluntary dismissals listed above are directly relevant to the arguments Whirlpool has raised in its Motion to Dismiss Plaintiff's Second Amended Complaint.

Dated: September 14, 2021

                Respectfully submitted,

                **s/ Alfred J. Saikali**
                Alfred J. Saikali (Fla. Bar No. 178195)
                E-Mail:  asaikali@shb.com
                Jennifer A. McLoone (Fla. Bar No. 029234)
                E-Mail:  jmcloone@shb.com
                **SHOOK, HARDY & BACON L.L.P.**
                Citigroup Center, Suite 3200
                201 S. Biscayne Blvd.
                Miami, Florida 33131
                Telephone:  305.358.5171

                *Attorneys for Defendant, Whirlpool Corporation*